JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE, ETC., )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>WENDY R. LABOUNTY, ETC., )<br>)<br>)<br>Defendants. )<br>_____ ) | Case No.   SACV 11-0978-DOC(ANx)<br><br>ORDER DISMISSING CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 90 days, to reopen this action if settlement is not consummated.

DATED: August 6, 2012

_____
DAVID O. CARTER
United States District Judge