1  MAURICE WAINER (State Bar No. 121678)
2  SNIPPER, WAINER & MARKOFF
   270 N. Canon Drive, Penthouse
3  Beverly Hills, CA  90210
4  TELEPHONE: (310) 550-5770 ♦ FACSIMILE: (310) 550-6770
   EMAIL: Mrwainer@swmfirm.com
5

6
7  Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE
   CORPORATION as Receiver for INDYMAC BANK, F.S.B.
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

11 | FEDERAL DEPOSIT INSURANCE | Case No.  SA CV 11-00978 DOC
12 | CORPORATION as Receiver of
13 | INDYMAC BANK, F.S.B.,
14 |         Plaintiff,       | **ORDER FOR DISMISSAL OF ACTION**
15 |    vs.
16 |
17 | WENDY R. LABOUNTY, an
18 | individual and dba SO CAL
   | APPRAISALS; and DOES 1 through
19 | 10, inclusive,
20 |         Defendant.
21

22
23         Based upon the Stipulation for Dismissal of Action with the Court
24 Retaining Jurisdiction entered into between plaintiff FEDERAL DEPOSIT
25 INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK,
26 F.S.B. ("FDIC"), and defendant WENDY R. LABOUNTY, an individual and dba SO
27 CAL APPRAISALS, it is hereby ordered that:
28 / / /

1

1. This action is dismissed with prejudice. The United States District Court for the Central District of California shall retain jurisdiction to enforce the Settlement Agreement entered into between the FDIC and WENDY R. LABOUNTY, an individual and dba SO CAL APPRAISALS.

IT IS SO ORDERED.

DATED: November 7, 2012          By: /s/ David O. Carter

UNITED STATES DISTRICT COURT JUDGE